# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF M.D.W., M.C.W.,
M.M.W., M.M.W., M.M.W.

NO.   2022 CW 0031

**FEBRUARY 25, 2022**

---

In Re:   M.M. (Father), applying for supervisory writs, 21st
Judicial District Court, Parish of Tangipahoa, No. J-
16868.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

> **VGW**
> **AHP**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT